HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. HAYES, | ) No.: 04-02991 JW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Thursday, June 30, 2005 in which to serve and file her Reply to the Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: June 8, 2005                           /s/
                                        _____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: June 8, 2005                           /s/
                                        _____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        ELIZABETH A. HAYES


IT IS SO ORDERED.


                                         /s/ James Ware
Dated: June 13, 2005                    _____
                                        HON. JAMES WARE
                                        U.S. District Judge
```

2

STIPULATION AND ORDER