```
1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CBN 189450
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
```



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH A. HAYES,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>          v.                 )<br>                              )<br> MICHAEL J. ASTRUE,           )<br> Commissioner of              )<br> Social Security,             )<br>                              )<br>     Defendant.              )<br>_____) | CIVIL NO. 04-02991 JW<br><br>STIPULATION FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d) AND COSTS (28 § 1920)<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF RECENT NINTH CIRCUIT RULING** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of ELEVEN THOUSAND dollars and ZERO cents ($11,000.00) and costs in the amount of NINE HUNDRED NINETEEN DOLLARS AND EIGHTY-SIX CENTS ($919.86). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of ELEVEN THOUSAND dollars and ZERO cents ($11,000.00) in EAJA attorney fees, shall constitute a

complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: February 7, 2008  /s/ *Harvey P. Sackett*
*(As authorized via email on 02/07/08)*
HARVEY P. SACKETT
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: February 7, 2008  By: /s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court also sets a Case Management Conference for **March 17, 2008 at 10 A.M.** in light of the recent Ninth Circuit's ruling. The parties shall file a Joint Case Management Statement on or before **March 7, 2008.** The statement shall inform the Court with respect to how the case should proceed in light of the Ninth Circuit's ruling.

Dated: February 14, 2008

JAMES WARE
United States District Judge

2