HARVEY P. SACKETT (72488)
**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A. HAYES, | ) Civil No. CV-04-02991 JW |
| Plaintiff, | ) |
| v. | ) JOINT CASE MANAGEMENT |
| | ) STATEMENT |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) this matter has been remanded to the Commissioner for further administrative proceedings under Sentence 4 (effectuated 1/29/08); and (2) a Stipulation and Order for payment of Attorney's Fees and Costs under the Equal Access to Justice Act has also been executed (effectuated 3/7/08). Accordingly, the parties submit that there does not

1

STIPULATION AND ORDER

appear to be anything else that necessitates this court's scrutiny or involvement, and as such, respectfully submit that the matter be taken off calendar.

JOSEPH P. RUSSONIELLO
United States Attorney

(verbal authorization given by Theophous Reagans)

Dated: March 13, 2008

/s/ _____
THEOPHOUS REAGANS
Assistant U.S. Attorney

Dated: March 13, 2008

/s/ _____
HARVEY P. SACKETT
Attorney for Plaintiff
ELIZABETH A. HAYES

IT IS SO ORDERED.

Pursuant to Stipulation, the Case Management Conference currently set for March 17, 2008 is VACATED. The Clerk shall close this file.

Dated: March 13, 2008

_____
HON. JAMES WARE
United States District Judge

STIPULATION AND ORDER

2